**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-1552**

_____

NATHANIEL MAGWOOD,

              Plaintiff - Appellant,

     v.

JENNIFER HABERSTADT, City of Charleston Police Dept.; THOMAS
CONSTANZA, Charleston County Sheriff Dept.,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(2:14-cv-03972-DCN)

_____

Submitted:  August 27, 2015        Decided:  August 31, 2015

_____

Before GREGORY, AGEE, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Nathaniel Magwood, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel Magwood appeals the district court's order and judgment adopting the magistrate judge's report and recommendation and dismissing his civil rights complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Magwood v. Haberstadt, No. 2:14-cv-03972-DCN (D.S.C. May 7, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED